Marvel JONES, Appellant,

v.

DEPARTMENT OF CORRECTIONAL SERVICES; Harold Clarke; Frank Hopkins; Mike Kenney; Michelle Rose; Mario Peart; Lawrence Higgins; Scott Marshall; Jeff Bauer; Unknown Balderson, Corporal; Unknown Edison, Corporal; Unknown Connelly, Sergeant; Unknown Howard, Sergeant; Unknown Paul, Sergeant; Unknown Stoner, Lieutenant; Unknown Naylor, Lieutenant; Unnamed/Unidentified Correctional Staff Members, of the Nebraska State Penitentiary, Appellees.

No. 07–1751.

United States Court of Appeals, Eighth Circuit.

Submitted: June 30, 2008.

Filed: Aug. 14, 2008.

Marvel Jones, Tecumseh, NE, pro se.

Warden–Ne, Tecumseh, NE, for Plaintiff–Appellants.

Matthew A. Works, Lincoln, NE, for Defendant–Appellees.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Marvel Jones appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. After careful de novo review, *see Stalley ex rel. U.S. v. Catholic Health Initiatives*, 509 F.3d 517, 521 (8th Cir.2007); *Mattes v. ABC Plastics, Inc.*, 323 F.3d 695, 697–98 (8th Cir.2003), we conclude that the dismissal was proper.

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

[1] The Honorable Joseph Bataillon, Chief Judge, United States District Court for the District of Nebraska.